UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

LAMAR A. RAY,

        Plaintiff,

v.                                                                 Case No. 06-C-1226

CITY OF MILWAUKEE, et al,

        Defendants.

**ORDER**

The pro se plaintiff, Lamar A. Ray, has requested to withdraw his Amended Complaint in the above matter. Ray had sought an extension of time in which to amend his complaint, but apparently did not receive this court's order granting his motion before the original deadline was about to expire. Ray therefore filed his Amended Complaint, although he now claims that additional discovery that is forthcoming could provide a basis for naming additional parties. He seeks to withdraw the Amended Complaint he filed so as to preserve his right to add those potential parties.

Ray's motion will be granted. It appears from Attorney Lappen's letter of May 24, 2007, that the defendant has now provided Ray with the photographs of the individuals involved in his arrest. Ray will therefore have until June 27, 2007, to file his Amended Complaint. The previously filed Amended Complaint is hereby considered withdrawn and defendants need not file a response to it.

**SO ORDERED** this    31st    day of May, 2007.

                                                                              s/ William C. Griesbach
                                                                               William C. Griesbach
                                                                               United States District Judge