UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

LAMAR RAY,

        Plaintiff,

v.                                                   Case No. 06-C-1226

CITY OF MILWAUKEE, JOHN P. KUSPA,
MICHAEL W. LUTZ, ZEBDEE WILSON,
RODNEY KLOTKA and SCOTT SILLER,

        Defendants.

**ORDER**

      Pro se Plaintiff Lamar A. Ray filed this civil rights action pursuant to 42 U.S.C. § 1983 against several Milwaukee police officers who he claims used excessive force in effecting his arrest. The case is presently before me on Ray's motion for issuance of a subpoena to compel an FBI special agent to testify at a deposition. Ray has also filed a motion requesting that the court appoint an officer before whom a deposition upon written questions may be conducted pursuant to Fed. R. Civ. P. 31. The rule requires Ray to arrange for a court reporter and pay related fees and costs.

      Ray has not indicated the time and place of a deposition at which the court could require the agent to testify. Nor has he indicated that he has arranged for a court reporter to transcribe a deposition or identified whom he wishes the court to appoint as an officer. Accordingly, both motions are hereby denied.

      **SO ORDERED** this __20th__ day of November, 2007.

                                            s/ William C. Griesbach
                                            William C. Griesbach
                                            United States District Judge